

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00007-CV

## IN RE
## MATTHEW KYLE ATCHISON AND CHRISTINA D. ATCHISON

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

_____

The petition for writ of mandamus is denied, and the motion for emergency stay

is dismissed as moot.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed March 13, 2014
[OT06]